■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD SCHEURER, Appellant, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.— Motion by counsel to be relieved of assignment granted, and appeal dismissed as academic. (*People ex rel. Grubbs* v. *Herold*, 17 N Y 2d 584.) Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.